**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

**JOHN JENSEN,**

**Plaintiff,**

**CIVIL ACTION NO. 2:21-CV-00890-NJ**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**Defendant.**

---

## JOINT STIPULATION REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

---

Plaintiff, John Jensen, and Defendant, The Lincoln National Life Insurance Company ("Lincoln National"), by and through their undersigned counsel of record, file this Joint Stipulation Regarding Deadline to Respond to Plaintiff's Complaint and hereby states as follows:

1. Plaintiff's Complaint (the "Complaint") was filed on July 29, 2021 (Doc 1), and Lincoln National was served on August 31, 2021. Accordingly, Lincoln National must answer or otherwise respond by September 21, 2021.

2. The Parties hereby stipulate to an extended deadline to respond to the Complaint until and including October 5, 2021, as the Parties are discussing a potential resolution of the claims raised in the Complaint and wish to conserve time expenses for a brief period to determine if a settlement can be reached at this stage.

3. This Stipulation is not filed for purposes of delay, but only so that justice may be done. There have been no previous extensions of time to plead in this matter.

Respectfully submitted this 16th day of September 2021.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**COUNSEL FOR DEFENDANT, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

\- AND -

**HAWKS QUINDEL, S.C.**

*/s/ William E. Parsons*
William E. Parsons, State Bar No. 1048594
Email: wparsonsC.~hq-law.com
Lynn K. Lodahl, State Bar No. 1087992
Email: 1lodahlL~.hq- law.com
409 East Main Street
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236

**COUNSEL FOR PLAINTIFF, JOHN JENSEN**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021, the above and foregoing Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

*/s/ Iwana Rademaekers*
Iwana Rademaekers