**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

**JOHN JENSEN,**

**Plaintiff,**

**CIVIL ACTION NO. 2:21-CV-00890-NJ**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**Defendant.**

---

# DEFENDANT'S DISCLOSURE STATEMENT

---

Defendant, The Lincoln National Life Insurance Company ("Lincoln National"), by and through its undersigned counsel of record, file this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and hereby states as follows:

1. Lincoln National's parent corporation is Lincoln National Corporation. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of Lincoln National.

2. Lincoln National is not the correct defendant in this action. The correct defendant is Lincoln Life Assurance Company of Boston. Lincoln Life Assurance Company of Boston's parent company is The Lincoln National Life Insurance Company, which (as stated above) is wholly owned by Lincoln National Corporation, a publicly held corporation.

Respectfully submitted this 16th day of September 2021.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**COUNSEL FOR DEFENDANT, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021, the above and foregoing Defendant's Disclosure Statement was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

*/s/ Iwana Rademaekers*
Iwana Rademaekers